1  ERIC GRANT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 1:20-CR-00213 AND 1:20-CR-00212

12                  Plaintiff,           ORDER SEALING DOCUMENTS AS SET FORTH
                                         IN GOVERNMENT'S NOTICE
13         v.

14 MIGUEL ZUNIGA ARTEAGA,

15                  Defendant.

16

17         Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the government's three-page memorandum pertaining

19 to defendant MIGUEL ZUNIGA ARTEAGA, and government's Request to Seal shall be SEALED until

20 further order of this Court.

21         It is further ordered that access to the sealed documents shall be limited to the government and

22 counsel for the defendant.

23         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

25 the government's request, sealing the government's motion serves a compelling interest. The Court

26 further finds that, in the absence of closure, the compelling interests identified by the

27 ///

28 ///

SEALING ORDER                                    1

government would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:  **November 19, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

SEALING ORDER

2